

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00216-CV

**RICHTERS RESTAURANT, LLC** and Keith Richter,
Appellants

v.

Charles **BOEMECKE** dba Delta Properties,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00826
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  August 7, 2013

DISMISSED

Appellants' attorney filed a letter with this court stating the case has been settled and the letter "is a nonsuit." We liberally construe this letter as a motion for voluntary dismissal filed pursuant to Texas Rule of Appellate Procedure 42.1. We dismiss the appeal.


PER CURIAM